THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Supreme Court

 
 
 
 Radrick Q.
 Hill, Petitioner,
 v.
 State of South Carolina, Respondent.
 
 
 

Appeal from Greenwood County
 Wyatt T. Saunders, Jr, Circuit Court
 Judge
Memorandum Opinion No.  2009-MO-001
Submitted November 19, 2008  Filed
 January 12, 2009 
DISMISSED AS IMPROVIDENTLY GRANTED

 
 
 
 C.
 Rauch Wise, of Greenwood, for Petitioner.
 Attorney
 General Henry Dargan McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant
 Deputy Attorney General Salley W. Elliott, and Assistant Attorney General Julie
 M. Thames, all of Columbia, for Respondent.
 
 
 

PER CURIAM:  After careful review of the appendix and
 briefs, the writ of certiorari is
DISMISSED AS IMPROVIDENTLY GRANTED.
TOAL,
 C.J., WALLER, PLEICONES, BEATTY and KITTREDGE, JJ., concur.